Case 3:12-cv-00503-MMH-JRK   Document 1   Filed 05/01/12   Page 1 of 4 PageID 1

FILED

2012 MAY -1  AM 10: 32

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PATRICK P. SPETH, an individual,

    Plaintiff,

v.

Case No.: 3:12-CV-503-J-12JRK

U.S. XPRESS, INC., a foreign
Corporation; and SMITH & SON
SEAFOOD, INC.; a foreign corporation;

    Defendants.
_____/

### DEFENDANT'S, U.S. XPRESS, INC'S, NOTICE OF REMOVAL

**COMES NOW** the Defendant, U.S. XPRESS, INC., by and through its undersigned counsel and pursuant to 28 U.S.C.§1441 (a) and §1446, and hereby serves this Notice of Removal of the state civil action entitled, **PATRICK P. SPETH VS. U.S. XPRESS, INC. AND SMITH & SON SEAFOOD, INC.**, brought in the Circuit Court in and for Duval County, Florida, Case Number 2011-CA-008047 to the United States District Court for the Middle District of Florida, Jacksonville Division and in support thereof states the following:

**I.    STATE COURT DOCKET**

    1.    Pursuant to Local Rule 4.02(b), the Defendants have provided, contemporaneously herewith, a true and correct copy of "all process, pleadings, orders, and other papers or exhibits of every kind, including depositions, then on file in the state court."

**II.    BRIEF STATEMENT OF PROCEDURAL FACTS**

    2.    This action involves a motor vehicle accident which occurred on January 17, 2011, in Nassau County, Florida.

3. The Complaint was initially filed by the Plaintiff in state court on October 4, 2011 and an Amended Complaint was filed on October 28, 2011, properly naming the Defendant, U.S. Xpress, Inc.

4. The remaining Defendant[1] filed a Notice of Removal of this matter from state court to Federal Court on November 15, 2011.

5. On January 30, 2012, an Order was entered denying, without prejudice, the Defendant's Notice of Removal[2] and remanding the case to the Circuit Court of the Fourth Judicial Circuit, in and for Duval County, Florida. (Doc. No. 13; Order.)

6. Footnote 4 of the Order states in part, "if, through such discovery, U.S. Xpress ascertains that the case is one which is or has become removable, U.S. Xpress may consider filing another notice of removal, if timely, pursuant to 28 U.S.C. § 1446." (Doc. No. 13; Order.)

## III. FEDERAL JURISDICTION

### A. The Parties are Citizens of Different States

7. By allegation and upon information and belief, the Plaintiff, Patrick P. Speth, (Speth) is a citizen of the State of Florida. (As represented in the Amended Complaint.) The accident report for the incident alleged in the Amended Complaint indicates Speth has a Florida driver's license and a Florida address.

8. U.S. Xpress, Inc. has its principal place of business in Tennessee and is incorporated in Nevada.

9. Pursuant to 28 U.S.C. 1332(a), the Federal Court(s) have diversity jurisdiction when the parties are "citizens of different states."

---

[1] Upon information and belief, Defendant, Smith & Sons Seafood, Inc. is no longer a party to this litigation.
[2] Subsequent to the Notice of Removal, a Partial Response to the Court's initial Order requesting additional information was filed by the Defendant.

**B. The Minimum Amount in Controversy requirement is satisfied.**

10. On March 27, 2012, in a good faith attempt to determine the amount in controversy, the Defendant served upon the Plaintiff, Requests for Admissions. The Plaintiff timely responded to the Request for Admissions on April 3, 2012. (See attached as Exhibit "A", Plaintiff's Responses to Request for Admissions.)

11. Paragraph 3 of the Requests asks the Plaintiff to "admit that you will seek at least $75,000, exclusive of interests and costs, from the trier of fact, as a result of the matters alleged in your Amended Complaint." The Plaintiff responded, "Admitted."

12. Pursuant to 28 U.S.C. §1446, this Notice of Removal is being filed within one year of commencement of the action, and within 30 days of receipt by the Defendant, of "other paper from which it may first be ascertained that the case is one which is, or has become removable."

13. Based on diversity jurisdiction of all parties involved and the amount in controversy, removal to Federal Court is proper under 28 U.S.C. § 1441.

## CONCLUSION

**WHEREFORE** the Defendant, U.S. Xpress, Inc., gives notice that the referenced action should be removed from the Circuit Court of the Fourth Judicial Circuit in and for Duval Count, Florida to the United States District Court for the Middle District of Florida, Jacksonville Division, pursuant to 28 U.S.C. §1441 and pursuant to the procedures provided in 28 U.S.C. §1446.

RESPECTFULLY SUBMITTED this 1st day of May, 2012.

FERNANDEZ TRIAL LAWYERS, P.A.

*Paula Parker*

**E.T. FERNANDEZ, III, ESQ.**
Florida Bar No.: 371556
**PAULA A. PARKER, ESQ.**
Florida Bar No.: 70315
Attorneys for Defendant, U.S. Xpress, Inc.
Fernandez Trial Lawyers, P.A.
8780-200 Perimeter Park Court
Jacksonville, Florida 32216
(904) 398-8008 Phone
(904) 398-0332 Fax
E-mail: ET@Fernandeztl.com
E-mail: Paula@Fernandeztl.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 1st, 2012, I filed the foregoing document with the Clerk of the Court. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via facsimile and U.S. Mail.

FERNANDEZ TRIAL LAWYERS, P.A.

*Paula Parker*

**E.T. FERNANDEZ, III, ESQ.**
Florida Bar No.: 371556
**PAULA A. PARKER, ESQ.**
Florida Bar No.: 70315
Attorneys for Defendant, U.S. Xpress, Inc.
Fernandez Trial Lawyers, P.A.
8780-200 Perimeter Park Court
Jacksonville, Florida 32216
(904) 398-8008 Phone
(904) 398-0332 Fax
E-mail: ET@Fernandeztl.com
E-mail: Paula@Fernandeztl.com

Service List:
Farah & Farah
Brian Flaherty, Esquire
10 West Adams, Suite 300
Jacksonville, Florida 32202