**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

PATRICK P. SPETH, an individual,

           Plaintiff,

-vs-                                            Case No.  3:12-cv-503-J-34JRK

U.S. XPRESS, INC., a foreign corporation, and
SMITH & SON SEAFOOD, INC., a foreign
corporation,

           Defendants.
_____/

**O R D E R**

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Dkt. No. 15; Notice) filed on August 2, 2012.  In the Notice, Plaintiff seeks dismissal, without prejudice, of the claims raised against Defendant Smith & Son Seafood, Inc. See Notice at 1.  Upon review of the docket, the Court notes that this Defendant has neither served an answer nor a motion for summary judgment.  Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby **ORDERED**:

    1.    The claims raised against Defendant Smith & Son Seafood, Inc. are **DISMISSED without prejudice**.

2. The Clerk of the Court is directed to terminate this Defendant from the Court docket.

**DONE AND ORDERED** in Jacksonville, Florida, this 7th day of August, 2012.

*[Signature]*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record