**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

PATRICK P. SPETH,

       Plaintiff,

v.                                          Case No. 3:12-cv-503-J-12JRK

U.S. XPRESS, INC., a foreign
Corporation,

       Defendant.

_____

## JOINT STIPULATION BY THE PARTIES OF DISMISSAL WITH PREJUDICE

      The parties hereto, by and through undersigned counsel, and pursuant to

Federal Rules of Civil Procedure 41(a)(1) hereby file this stipulation of dismissal with

prejudice as to this action as the case has been resolved between the parties.

      DATED:  July 10, 2013

FERNANDEZ TRIAL LAWYERS          FARAH & FARAH, P.A.


*/s/ E.T. Fernandez*_____      */s/ Brian M. Flaherty*_____
E.T. Fernandez, III,                 Brian M. Flaherty, Esq.
Florida Bar No.: 371556          Florida Bar No.:  435090
8780-200 Perimeter Park Court     10 West Adams, Suite 300
Jacksonville, FL 32216           Jacksonville, FL  32202
Telephone (904)                 Telephone (904) 358-8888
Facsimile (904)                  Facsimile (904) 358-2424
Attorney for Defendant          Attorney for Plaintiff
                               bflaherty@farahandfarah.com